UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| I.R., <br><br>     Plaintiff, <br><br>     v. <br><br> I SHRI KHODIYAR, LLC d/b/a America's Best Value Inn, <br><br>     Defendant. | CIVIL ACTION NO. <br><br> 1:22-CV-0844-SEG |

## **O R D E R**

This case is before the Court on the parties' joint motion to stay litigation pending mediation. (Doc. 154.) The motion is GRANTED. Litigation is stayed pending the mediation that is scheduled for June 25, 2024. During this period of stay, the case shall be ADMINISTRATIVELY CLOSED.[1]

The parties are DIRECTED to file a joint report by June 27, 2024, to inform the Court of the status of the mediation. Should mediation be unsuccessful, the case will be restored to the Court's active docket and the following schedule shall apply:

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.

- Plaintiff shall have 7 days from June 25, 2024, to file a notice describing the documents produced by Defendant following the November 2, 2023, hearing, and providing her perspective on how such production affects the motion for sanctions.

- Defendant may file a response within 14 days of the filing of Plaintiff's notice.

- The parties shall have 21 days from June 25, 2024, to file their consolidated pretrial order.

The Clerk is DIRECTED to submit this matter to the undersigned on June 28, 2024.

**SO ORDERED** this 1st day of April, 2024.

_____
SARAH E. GERAGHTY
United States District Judge