IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| I.R., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | FILE NO.: 1:22-cv-00844-SEG |
| I SHRI KHODIYAR, LLC d/b/a | : | |
| AMERICAS BEST VALUE INN, | : | |
| | : | |
| Defendant. | : | |

## PARTIES NOTICE OF SETTLEMENT

COME NOW Plaintiff I.R. and I Shri Khodiyar, LLC d/b/a Americas Best Value Inn ("Defendant") (collectively, the "Parties"), hereby notifies the court that the Parties have reached a settlement in principle. The parties anticipate that completion of the settlement process will take an additional 60 days.

This 27th day of June 2024.

[signatures on the following page]

**THE STODDARD FIRM**

*/s/ Matthew B. Stoddard*
Matthew B. Stoddard
Georgia Bar No. 558215
Belle-Anne B. Cooper
Georgia Bar No. 561983
1534 N. Decatur Road
Atlanta, Georgia 30307
P: (470) 467-2200
F: (470) 467-1300
matt@legalhelpga.com
ba@legalhelpga.com
***Attorneys for Plaintiff***

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

*/s/ M/ Austin Moretz (w/e.p.)*
M. Austin Moretz
Georgia Bar No. 529307
990 Hammond Drive, Ste. 210
Atlanta, Georgia 30328
P: (404) 874-8800
F:(404) 888-6199
amoretz@gallowaylawfirm.com
***Attorney for I Shri Khodiyar, LLC d/b/a***
***Americas Best Value Inn***

# CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Defendant:**
M. Austin Moretz
Galloway, Johnson, Tompkins, Burr & Smith
990 Hammond Drive
Suite 210
Atlanta, GA 30328
amoretz@gallowayfirm.com


This 27th day of June, 2024.

*/s/ Matthew B. Stoddard*
Matthew B. Stoddard